## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ROLANDO MENDEZ TECUN,

              Petitioner,

v.

WARDEN DELANEY HALL DETENTION CENTER,

              Respondent.

Civil Action No: 26-8108 (SDW)

**WHEREAS OPINION**

July 6, 2026

**WIGENTON**, District Judge.

      **THIS MATTER** having come before this Court upon *pro se* Petitioner Rolando Mendez Tecun's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

      **WHEREAS** the filing fee for a petition for writ of habeas corpus is $5.00.  Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing; and

      **WHEREAS** Petitioner did not pay the filing fee or submit an *in forma pauperis* application; and

      **WHEREAS** the Clerk will be ordered to send Petitioner a blank *in forma pauperis* application; and

**WHEREAS** Petitioner shall submit the $5.00 filing fee or completed *in forma pauperis* application within 30 days.  Otherwise, this Court shall close this matter.

An appropriate order follows.

_____
**SUSAN D. WIGENTON, U.S.D.J.**
Dated: July 6, 2026

2