**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROLANDO MENDEZ TECUN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DELANEY HALL DETENTION CENTER,<br><br>Respondent. | Civil Action No: 26-8108 (SDW)<br><br>**ORDER**<br><br>June 29, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Rolando Mendez Tecun's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and for the reasons stated in the accompanying Opinion,

**IT IS** on this 7th day of July 2026,

**ORDERED** that the Clerk shall supply to Petitioner a blank "AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" form to be used by Petitioner in any future application to proceed *in forma pauperis*; and it is further

**ORDERED** that if Petitioner wishes to proceed with this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102 within 30 days after the date of entry of this Order; and it is further

**ORDERED** that failure to return either the filing fee or *in forma pauperis* application shall result in dismissal of this matter; and it is finally

**ORDERED** that Clerk shall send a copy of this Opinion and Order to Petitioner by regular mail.

**SO ORDERED**.

**SUSAN D. WIGENTON, U.S.D.J.**