**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ROLANDO MENDEZ TECUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8108 (SDW)**<br><br>**ORDER TO ANSWER** |

This matter comes before this Court upon Petitioner Rolando Mendez Tecun's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1). Petitioner has paid the filing fee, so this Court will direct the Clerk to reopen the proceedings. This Court has also screened the petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and determined that dismissal without an answer and production of the record is not warranted.

**IT IS THEREFORE** on this 9th day of July 2026,

**ORDERED** the Clerk shall **REOPEN** these proceedings; and it is further

**ORDERED** the Clerk shall serve a copy of the Petition (ECF No. 1) and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that Clerk shall forward a copy of the petition and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that Respondents shall file a full and complete answer to all claims asserted in the petition within **5 days** of the entry of this Order; and it is further

**ORDERED** that Petitioner may file a reply to the answer within **7 days** of receipt of the answer; and it is further

**ORDERED** that Respondents are **PROHIBITED** from transferring Petitioner outside of the District of New Jersey pending further order of this Court; and it is finally

**ORDERED** that the Clerk shall send Petitioner a copy of this Order by regular mail.

Hon. Susan D. Wigenton,
United States District Judge